IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSEPH GERHART, ET AL.**                                             **PLAINTIFFS**

**VS.**                             **CIVIL ACTION NO.: 3:11-cv-00586-HTW-LRA**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**                          **DEFENDANTS**

## MUNICIPAL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Municipal Defendants the City of Pearl, Mississippi, Ben Schuler, Jaime Scouten, and Johnny Barnes file this motion to dismiss or, in the alternative, motion for summary judgment. Plaintiffs have filed a fourth amended complaint that includes parties and claims that previously were dismissed as a result of this Court's summary judgment rulings and the Fifth Circuit's qualified-immunity opinions. Municipal Defendants incorporate their prior summary judgment papers, this Court's summary judgment rulings, and the Fifth Circuit's opinions and respectfully request that this Court enter an order clarifying that the only parties and claims remaining in this case are as follows: a Fourth Amendment unlawful entry claim against Defendant McAlpin, Defendant McLendon, and Defendant Barnes and a Fourth Amendment excessive force claim against Defendant McAlpin.

Dated: September 14, 2018.

                                           Respectfully submitted,

                                           PHELPS DUNBAR, LLP

                                           BY:   */s/ G. Todd Butler*
                                                       Gary E. Friedman, MB #5532
                                                       G. Todd Butler, MB #102907
                                                       4270 I-55 North
                                                       Jackson, Mississippi 39211-6391
                                                       Post Office Box 16114

Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: friedmag@phelps.com
butlert@phelps.com

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel has filed the foregoing with the Clerk of the Court, utilizing the Electronic Case Filing system, which sent notification of such filing to the following counsel of record:

Charles R. McRae, Esquire
Annette B. Mathis, Esquire
Gale N. Walker, Esquire
CHUCK MCRAE LAW OFFICE
416 East Amite Street
Jackson Mississippi 39201
(601) 944-1008
chuck@mcraelaw.net
Annette@mcraelaw.net
gale@mcraelaw.net

*ATTORNEYS FOR PLAINTIFFS*

J. Lawson Hester, Esquire
Jason Edward Dare, Esquire
4450 Old Canton Rd., Suite 210
Jackson MS 39211
jdare@pbhfirm.com
lhester@pbhfirm.com

*ATTORNEYS FOR DEFENDANTS RANKIN COUNTY MISSISSIPPI, SHERIFF RONNIE PENNINGTON AND DEPUTY BRETT MCALPIN*

Justin L. Matheny, Esq.
Wilson D. Minor, Esq.
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
550 High Street (39201)
Jackson MS 39205-0220
(601) 359-6279
wmino@ago.state.ms.us

*ATTORNEYS FOR DEFENDANT BRAD MCLENDON*

DATED, this the 14th day of September, 2018.

                                          */s/ G. Todd Butler*
                                          G. TODD BUTLER