**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



# *MEMORANDUM*

**TO:** Luiz R. Damatta, #009749
Maury Correctional Intuition
P.O. Box 506
Maury, North Carolina 28554

**DATE:** April 24, 2025,

**FROM:** ARTHUR JOHNSTON, CLERK
By CDS, Deputy Clerk

**SUBJECT:** Your request for a copy of Docket Sheet for 3:23-cv-374-DPJ-ASH
And 3:11-cv-586-HTW-LRA

This memorandum is written in response to receipt of your letter referenced above.

It is the policy of this office to charge .50 per page and prepayment is required.

The Docket Sheet for 3:23-cv-374-DPJ-ASH is 18 pages. Therefore, you will need to remit $9.00 to this office for pre-payment of the Docket Sheet. The Docket Sheet for 3:11-cv-586-HTW-LRA is 36 pages. Therefore, you will need to remit $18.00 to this office for pre-payment of the Docket Sheet. Also, you will need to submit a self- addressed, stamped envelope for return.